Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 13−19297−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Luis A Bustamante | Maria C Bustamante |
| aka Luis Bustamante | 80 New York Ave. |
| 80 New York Ave. | Newark, NJ 07105 |
| Newark, NJ 07105 | |

Social Security No.:
  xxx−xx−0493                                     xxx−xx−2076

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 9, 2016</u>                 <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court